UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 15 AM 10: 03
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. **'08 MJ 2531** |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF |
| **Jorge LOPEZ-Solis** | Title 8, U.S.C., Section 1326 Attempted Entry After Deportation |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about **August 14, 2008**, within the Southern District of California, defendant **Jorge LOPEZ-Solis**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the **San Ysidro Port of Entry**, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

_____
SIGNATURE OF COMPLAINANT
Alfredo Loperena, Enforcement Officer
U.S. Customs and Border Protection

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 15th DAY OF **August, 2008.**

_____
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On, August 14, 2008, at about 8:00 AM, **Jorge LOPEZ-Solis (Defendant)** attempted entry into the United States from Mexico at the San Ysidro, California Port of Entry. Defendant was the driver of a beige Nissan Sentra bearing Baja California license plates. Defendant approached a CBP officer manning the inspection booth for primary vehicle lane 21. Defendant stated he was going to Santa Ana, California, and gave the CBP officer two negative Customs declarations. Defendant presented as his own, a DSP-150 (Border Crossing Card) bearing the name and image of Silvestre Gutierrez Coracero. The CBP officer noticed the Defendant did not resemble the photo of the person on the document he presented. Defendant was escorted to the security office for further inspection.

During the secondary inspection it was discovered that Defendant was an imposter to the document he presented. Defendant was searched by fingerprint submission through the Integrated Automated Fingerprint Identification System (IAFIS). IAFIS returned a positive match to the query confirming Defendants identity and linking him to an Immigration Service record and FBI record.

Central Index System (CIS) and Deportable Alien Control System (DACS) queries confirmed Defendant to be a citizen of Mexico with no legal rights or documents to enter the United States. DACS records indicate Defendant was ordered deported from the United States by an Immigration Judge on or about December 09, 2004 and was physically removed from the United States through Eloy, AZ. Defendant's Immigration records contain no evidence that Defendant has applied for, or received permission from the Attorney General of the United States or the Secretary of Homeland Security to legally re-enter the United States.